Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK A. GRUBER,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHOE MEDICAL CENTER, INC., a Nevada nonprofit corporation, now known as "RENOWN REGIONAL MEDICAL CENTER"; RENOWN REGIONAL MEDICAL CENTER, a Nevada nonprofit corporation; HOWMEDICA OSTEONICS CORP., a New Jersey corporation; DOES 1-20,<br><br>    Defendants. | Case No. 3:07-CV-00575-LRH-VPC<br><br>**ORDER CONTINUING HOWMEDICAL OSTEONICS CORP.'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**<br><br>(FIRST REQUEST) |

## STIPULATION

Plaintiff Patrick Gruber (hereafter "Plaintiff") filed a Motion for Remand on December 18, 2007. Plaintiff and defendant Howmedica Osteonics Corp. (hereafter "Defendant"), by and through their respective counsel of record, hereby stipulate to amend the briefing schedule for Plaintiff's Motion to Remand to allow additional time for plaintiff to determine whether to withdraw said motion. The parties, therefore, hereby agree as follows:

- The last day for Howmedica to respond to the motion is continued from January 4, 2008 to February 1, 2008;

///

///

- Plaintiff's deadline to file a reply brief is moved to February 8, 2008.

SO STIPULATED.

**RESPECTFULLY SUBMITTED** this 2 day of January, 2008.

SNELL & WILMER L.L.P.

By: /s/ _____     By: /s/ Carl M. Hebert
for: Vaughn A. Crawford, Esq.            Carl M. Hebert, Esq.
Jay J. Schuttert, Esq.                   202 California Avenue
3883 Howard Hughes Pkwy., Ste. 1100      Reno, NV 89509
Las Vegas, NV 89169

Attorneys for Defendant                  Attorneys for Plaintiff
HOWMEDICA OSTEONICS CORP.                PATRICK A. GRUBER

ORDER

IT IS SO ORDERED this 3rd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE